IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-240

| | |
|---|---|
| JOSEPH CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HARRAH'S NC CASINO COMPANY, LLC ) | |
| d/b/a HARRAH'S CHEROKEE CASINO ) | |
| RESORT, d/b/a HARRAH'S CHEROKEE ) | |
| VALLEY RIVER CASINO AND HOTEL ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Philip J. Gibbons, Jr.'s Application for Admission to Practice *Pro Hac Vice* of James B. Zouras. It appearing that James B. Zouras is a member in good standing with the State Bar of Illinois and Northern District of Illinois and will be appearing with Philip J. Gibbons, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Philip J. Gibbons, Jr.'s Application for Admission to Practice Pro Hac Vice (#4) of James B. Zouras is **GRANTED**, and that James B. Zouras is ADMITTED to practice, *pro hac vice*, before the Bar

of this court while associated with Phillip J. Gibbons, Jr.

Signed: September 26, 2017

Dennis L. Howell
United States Magistrate Judge