# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 240

| | |
|---|---|
| JOSEPH CLARK, et al. )<br>)<br>    **Plaintiffs,** )<br>)<br>    v. )<br>)<br>HARRAH'S NC CASINO COMPANY, )<br>LLC) )<br>)<br>    **Defendant.** ) | **ORDER** |

Pending before the Court is the motion for *pro hac vice* admission [# 23] filed by Philip J. Gibbons, Jr., counsel for Plaintiff.

Upon review of the motion, it appears that Jeffrey A. Leon is a member in good standing with the Illinois Bar and will be appearing with Philip J. Gibbons, Jr., a member in good standing with the Bar of this Court. In addition, counsel has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 23]. The Court **ADMITS** Jeffrey A. Leon to practice *pro hac vice* before the Court while associated with local counsel.

Signed: November 7, 2017

Dennis L. Howell
United States Magistrate Judge