# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORT CAROLINA
## ASHVILLE DIVISION

| | |
|---|---|
| JOSEPH CLARK, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S NC CASINO COMPANY, LLC, d/b/a HARRAH'S CHEROKEE CASINO RESORT and d/b/a HARRAH'S CHEROKEE VALLEY RIVER CASINO AND HOTEL, and, BROOKS ROBINSON,<br><br>Defendants. | No. 1:17-cv-00240-MR-DLH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Joseph Clark, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's September 28, 2018 Order [ECF No. 58] and Judgment in Case [ECF 59] granting Defendants' Motions to Dismiss Plaintiff's Complaint [ECF Nos. 34 and 44].

DATED: October 26, 2018

                                        Respectfully submitted,

By:    *s/Jeffrey A. Leon*
           Jeffrey A. Leon
           **QUANTUM LEGAL, LLC**
           513 Central Avenue, Suite 300
           Highland Park, IL 60035
           Email: jeff@qulegal.com

           Philip J. Gibbons, Jr., NCSB #50276
           **PHIL GIBBONS LAW, P.C.**
           15720 Brixham Hill Avenue Suite 331
           Charlotte, NC 28277
           Email: phil@philgibbonslaw.com

James B. Zouras
**STEPHEN ZOURAS, LLP**
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
Email: jzouras@stephanzouras.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on October 26, 2018, a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Jennifer T. Williams
jtwilliams@cozen.com

Patrick McQuillan Aul
paul@cozen.com

Susan N. Eisenberg
seisenberg@cozen.com

Tracy L. Eggleston
teggleston@cozen.com

       s/ Jeffrey A. Leon
       Jeffrey A. Leon