FILED: October 30, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2293
(1:17-cv-00240-MR-DLH)
_____

JOSEPH CLARK, On Behalf of Himself and All Others Similarly Situated

  Plaintiff - Appellant

v.

HARRAH'S NC CASINO COMPANY, LLC, d/b/a Harrah's Cherokee Casino Resort, d/b/a Harrah's Cherokee Valley River Casino and Hotel; BROOKS ROBINSON

  Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
|---|---|
| Originating Case Number | 1:17-cv-00240-MR-DLH |
| Date notice of appeal filed in originating court: | 10/26/2018 |
| Appellant (s) | Joseph Clark |
| Appellate Case Number | 18-2293 |
| Case Manager | Rickie Edwards<br>804-916-2702 |