FILED: February 19, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2293
(1:17-cv-00240-MR-DLH)

_____

JOSEPH CLARK, On Behalf of Himself and All Others Similarly Situated

    Plaintiff - Appellant

v.

HARRAH'S NC CASINO COMPANY, LLC, d/b/a Harrah's Cherokee Casino Resort, d/b/a Harrah's Cherokee Valley River Casino and Hotel; BROOKS ROBINSON

    Defendants - Appellees

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*